IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DEANNA STANFIELD,<br><br>    *Plaintiff*<br><br>vs.<br><br>ROBERT WALL,<br><br>    *Defendant* | Civil Action No. 2:15-CV-1332 |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

Having considered Plaintiff Deanna Stanfield and Defendant Robert Wall's Joint Motion to Dismiss with Prejudice, the Court is of the opinion that the motion should be **GRANTED and hereby ORDERS that** all claims asserted by all parties in the above-captioned matter are dismissed with prejudice, attorney's fees and costs shall be borne by the incurring party, and the Court retains jurisdiction to enforce the settlement agreement between the parties in the above-captioned matter.

**SIGNED this 3rd day of May, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE